O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CHRISTOPHER BRANDON,<br><br>Petitioner,<br><br>v.<br><br>LOS ANGELES COUNTY SUPERIOR COURT, et al.,<br><br>Respondent. | NO. CV 15-2187-CAS (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 2, 2014.

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE